United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANSCRIPTION
COMMUNICATIONS CORP.,

            Plaintiff,

      v.

JOHN MUIR HEALTH, et al.,

            Defendants.

NO. C08-4418 TEH

ORDER CONTINUING MOTION
HEARINGS

This matter is currently scheduled for hearings on November 3, 2008, on a motion to dismiss filed by Defendant John Muir Health, and November 10, 2008, on a motion to dismiss filed by Defendants Nuance Communications, Inc. and Focus Infomatics, Inc.  To accommodate the Court's calendar, the hearings on both motions are HEREBY CONTINUED to **Monday, December 8, 2008, at 10:00 AM.**  The briefing schedule shall be based on the original November 10, 2008 hearing date of Defendant John Muir Health's motion.  Thus, Plaintiff's opposition to both motions shall be filed on or before **October 20, 2008,** and Defendants' replies shall be filed on or before **October 27, 2008.**

**IT IS SO ORDERED.**

Dated:   10/07/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT