IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSCRIPTION COMMUNICATIONS CORPORATION<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN MUIR HEALTH, et al.,<br><br>            Defendants. | NO. C 08-4418 TEH<br><br>ORDER CONTINUING HEARING |

   To accommodate the Court's calendar, the hearing on Defendant John Muir Health's Motion to Dismiss currently set for December 8, 2008 is hereby CONTINUED to **10 A.M. on January 12, 2009.**

**IT IS SO ORDERED.**

Dated: November 25, 2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT