1  MENNEMEIER, GLASSMAN & STROUD LLP
   KENNETH C. MENNEMEIER (SBN 113973)
2  LANDON D. BAILEY (SBN 240236)
   980 9th Street, Suite 1700
3  Sacramento, CA 95814
   Telephone:    (916) 553-4000
4  Facsimile:    (916) 553-4011
   E-mail:       kcm@mgslaw.com
5
   Attorneys for Plaintiff
6  Transcription Communications Corporation

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 TRANSCRIPTION COMMUNICATIONS  )   Case No. 08-CV-04418 THE
   CORPORATION, a California corporation, )
12                                )   STIPULATION REGARDING
                                  )   CONTINUING HEARING DATE ON
              Plaintiff,          )   DEFENDANTS' MOTIONS TO DISMISS
13                                )   AND CASE MANAGEMENT
   v.                             )   CONFERENCE; ORDER THEREON
14                                )
   JOHN MUIR HEALTH, dba JOHN MUIR )
15 MEDICAL CENTER and MOUNT       )   Complaint Filed:   July 7, 2008
   DIABLO MEDICAL CENTER, a California)  Removal Filed:     September 22, 2008
16 corporation, et al.,           )
              Defendants.         )   Judge:             Hon Thelton E. Henderson
17                                )   Courtroom:         12
                                  )
18 _____)

19        Plaintiff Transcription Communications Corporation ("TCC" or "Plaintiff"),

20 defendant John Muir Health ("JMH"), and defendants Focus Enterprises Limited ("Focus"),

21 eScription, Inc. ("eScription"), and Nuance Communications, Inc. ("Nuance"), by and through

22 their respective counsel, hereby enter into this "Stipulation Regarding Continuing Hearing Date

23 on Defendants' Motions to Dismiss and Case Management Conference" with reference to the

24 following:

25                           RECITALS

26        1.     On September 22, 2008, this Court, by its Order Setting Initial Case

27 Management Conference and ADR Deadlines, set the initial Case Management Conference in

28 this matter for January 6, 2009.

2.     On September 24, 2008, this Court filed a Clerk's Notice Rescheduling Hearing, rescheduling the initial Case Management Conference in this matter for January 5, 2009.

3.     On October 16, 2008, Plaintiff filed a First Amended Complaint for Breach of Contract, Intentional Interference With Contractual Relations, Intentional Interference With Prospective Economic Advantage, and Violation of 18 U.S.C. Section 1962(c) (RICO).

4.     On October 31, 2008, defendant John Muir filed a Motion to Dismiss Plaintiff's First Amended Complaint. The hearing on this Motion to Dismiss was initially set for December 8, 2008.

5.     On November 3, 2008, defendants Focus, eScription, and Nuance filed an Ex Parte Application for Extension of Time to Respond to First Amended Complaint and to Set Briefing Schedule ("Ex Parte Application"), accompanied by a Stipulation to Briefing Schedule for Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. The Ex Parte Application requested a briefing schedule for defendants Focus, eScription, and Nuance's motion to dismiss that would require defendants' motion to dismiss to be filed on or before December 1, 2008, TCC's opposition brief to be filed on or before December 15, 2008, and any reply brief to be filed on or before December 22, 2008. The Ex Parte Application also requested defendants' motion to dismiss be heard on January 12, 2009.

6.     On November 4, 2008, defendants Focus, eScription, and Nuance's Ex Parte Application was granted by this Court.

7.     On November 26, 2008, this Court issued an Order Continuing Hearing, rescheduling the hearing for defendant John Muir's Motion to Dismiss for January 12, 2009, such that all defendants' motions to dismiss would be heard on the same day.

8.     On December 1, 2008, defendants Focus, eScription, and Nuance filed a Motion to Dismiss TCC's First Amended Complaint.

9.     The parties now desire (a) to reschedule the initial Case Management Conference such that it would occur after the defendants' motions to dismiss have been heard, as this Court's disposition of the motions to dismiss may bear upon various issues to be addressed

1   at the initial Case Management Conference; and (b) to reschedule the hearings on defendants'

2   motions to dismiss, as Plaintiff's counsel has a scheduling conflict on January 12, 2009.

3           10.    All parties have met and conferred with regard to rescheduling the

4   hearings on the defendants' motions to dismiss and the initial Case Management Conference in

5   this matter, and have reached an agreement as to appropriate dates for each that would resolve

6   the aforementioned scheduling conflicts and efficiency concerns.

7   **STIPULATION**

8           In light of the foregoing Recitals, the parties stipulate as follows:

9           1.    The hearings on (a) defendant John Muir's Motion to Dismiss Plaintiff's

10   First Amended Complaint; and (b) defendants Focus, eScription, and Nuance's Motion to

11   Dismiss TCC's First Amended Complaint, shall both be continued to February 2, 2009.

12           2.    The briefing schedule relating to defendants Focus, eScription, and

13   Nuance's Motion to Dismiss TCC's First Amended Complaint shall not change as a result of this

14   continuance.

15           3.    The initial Case Management Conference in this matter shall be continued

16   to March 9, 2009.

17           4.    The deadlines associated with the initial Case Management Conference as

18   set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines

19   shall be changed in accordance with the continuance of the Case Management Conference to

20   March 9, 2009. Accordingly, the deadline to meet and confer regarding initial disclosures, early

21   settlement, ADR process selection, and discovery plan, and to file ADR Certification signed by

22   parties and counsel, and to file either Stipulation to ADR Process or Notice of Need for ADR

23   Phone Conference shall be February 23, 2009. The deadline to file Rule 26(f) Reports, complete

24   initial disclosures or state objections in Rule 26(f) Reports and file Case Management Statements

25   shall be March 2, 2009.

26   / / /

27   / / /

28   / / /

Dated: December 5, 2008

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
LANDON D. BAILEY

By: _Kenneth C. Mennemeier_
Kenneth C. Mennemeier, Attorneys for Plaintiff
Transcription Communications Corporation

Dated: December 4, 2008

HANSON BRIDGETT LLP

By: _Batya F. Swenson_
Batya F. Swenson
Adam W. Hofmann
Attorneys for Defendant John Muir Health

Dated: December ___, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Brian G. Mendonca, Attorneys for Defendants
Focus Infomatics, Inc., eScription, Inc. and Nuance
Communications, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December ___, 2008

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

1    Dated: December ___, 2008          MENNEMEIER, GLASSMAN & STROUD LLP
                                        KENNETH C. MENNEMEIER
2                                       LANDON D. BAILEY

3                               By: _____
                                    Kenneth C. Mennemeier, Attorneys for Plaintiff
4                                   Transcription Communications Corporation

5
     Dated: December ___, 2008          HANSON BRIDGETT LLP
6
                                By: _____
7                                   Batya F. Swenson
                                    Adam W. Hofmann
8                                   Attorneys for Defendant John Muir Health

9
     Dated: December _4_, 2008          WILSON SONSINI GOODRICH & ROSATI
10                                      Professional Corporation

11                              By: _____
                                    Brian G. Mendonca, Attorneys for Defendants
12                                  Focus Infomatics, Inc., eScription, Inc. and Nuance
                                    Communications, Inc.
13

14                              **ORDER**

15             PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17   Dated: December _8_, 2008

18                              THELTON E. HENDERSON, JUDGE
                                UNITED STATES DISTRICT COURT
19

20

21                              Judge Thelton E. Henderson

22

23

24

25

26

27

28

       STIPULATION TO CONTINUE HEARING DATES AND CMC; ORDER – 08-CV-04418 THE