JAMES A. DIBOISE, State Bar No. 83296
jdiboise@wsgr.com
DAVID J. BERGER, State Bar No. 147645
dberger@wsgr.com
BRIAN G. MENDONCA, State Bar No. 209728
bmendonca@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099

Attorneys for Defendants
FOCUS INFOMATICS, INC.,
NUANCE COMMUNICATIONS, INC. and
eSCRIPTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSCRIPTION COMMUNICATIONS CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MUIR HEALTH, dba JOHN MUIR MEDICAL CENTER and MOUNT DIABLO MEDICAL CENTER, a California corporation; FOCUS ENTERPRISES LIMITED, dba FOCUS INFOMATICS, INC., a Delaware corporation; eSCRIPTION, a Delaware corporation; NUANCE COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:  C 08-04418 TEH<br><br>**STIPULATION TO RE-SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Before:  Hon. Thelton E. Henderson |

1    WHEREAS, this Court re-scheduled the Initial Case Management Conference in the above-entitled action for March 30, 2009;

2    WHEREAS, lead counsel for Defendants eScription, Inc., Nuance Communications, Inc. and Focus Infomatics, Inc. is scheduled to represent another client in a trial that begins on March 23, 2009 and is expected to continue until mid-April; and

3    WHEREAS, the parties hereby stipulate to reschedule the Initial Case Management Conference in the above-entitled matter for April 27, 2009;

4    WHEREAS, the parties agree that this extension shall not have any impact on any party's ability to serve discovery before the Initial Case Management Conference;

5    WHEREAS, the parties agree that they will file a revised Joint Case Management Statement on April 13, 2009 to the extent any party determines that such a revised filing is necessary; and

6    WHEREAS, the parties respectfully request that the Court re-schedule the Initial Case Management Conference;

IT IS THEREFORE ORDERED THAT the Initial Case Management Conference in the above-entitled matter is hereby re-scheduled for May 4, 2009 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   03/13/09

_____
Hon. Thelton E. Henderson
United States District Court

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signature of Judge Thelton E. Henderson]*

Respectfully submitted and so stipulated,

Dated: March 12, 2009        WILSON SONSINI GOODRICH & ROSATI
                             Professional Corporation

                             By: _____/s/_____
                                    Brian G. Mendonca

                             One Market Street
                             Spear Tower, Suite 3300
                             San Francisco, CA 94105
                             Telephone: (415) 947-2000
                             Facsimile: (415) 947-2099

                             Attorneys for Defendants
                             NUANCE COMMUNICATIONS, INC.,
                             FOCUS INFOMATICS, INC. AND
                             eSCRIPTION, INC.

Dated: March 12, 2009        MENNEMEIER, GLASSMAN & STROUD, LLP

                             By: _____/s/_____
                                    Landon D. Bailey

                             980 9th Street, Suite 1700
                             Sacramento, CA 95814
                             Telephone: (916) 553-4000
                             Facsimile: (916) 5533-4011
                             E-mail: lbailey@mgslaw.com

                             Attorneys for Plaintiff TRANSCRIPTION
                             COMMUNICATIONS CORPORATION

Dated: March 12, 2009        HANSON BRIDGETT LLP

                             By: _____/s/_____
                                    Batya F. Swenson

                             Hanson Bridgett LLP
                             425 Market Street, 26th Floor
                             San Francisco, CA 94105
                             Telephone: (415) 777-3200
                             Facsimile: (415) 995-3479
                             E-mail: bswenson@hansonbridgett.com

                             Attorneys for Defendant JOHN MUIR
                             HEALTH

I, Brian G. Mendonca, am the ECF User whose ID and password are being used to file this joint Case Management Statement. In compliance with General Order 45, X.B., I hereby attest, through my signature above, that Landon D, Bailey and Adam Hofman (on behalf of Batya F. Swenson) concurred in this filing.