1  JAMES A. DiBOISE, State Bar No. 83296
   jdiboise@wsgr.com
2  DAVID J. BERGER, State Bar No. 147645
   dberger@wsgr.com
3  BRIAN G. MENDONCA, State Bar No. 209728
   bmendonca@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  One Market, Spear Tower, Suite 3300
   San Francisco, CA 94105
6  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
7
   Attorneys for Defendants
8  FOCUS INFOMATICS, INC., and
   eSCRIPTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSCRIPTION COMMUNICATIONS CORPORATION, a California corporation, | ) CASE NO.: C 08-04418 TEH ) |
| Plaintiff, | ) **STIPULATION TO EXTEND TIME** ) **FOR DEFENDANTS FOCUS** |
| v. | ) **INFOMATICS, INC. AND eSCRIPTION,** ) **INC. TO FILE ANSWER TO** |
| FOCUS ENTERPRISES LIMITED, dba FOCUS INFOMATICS, INC., a Delaware corporation; eSCRIPTION, a Delaware corporation; and DOES 1-10, inclusive, | ) **PLAINTIFF'S FIRST AMENDED** ) **COMPLAINT AND [PROPOSED]** ) **ORDER** ) |
| Defendants. | ) ) Before: Hon. Thelton E. Henderson ) ) ) ) |

STIPULATION TO EXTEND TIME TO FILE ANSWER
C 08-04418 TEH

1     WHEREAS, on March 13, 2009, this Court issued an Order granting in part and denying in part Defendants Focus Infomatics Inc.'s and eScription Inc.'s ("Defendants") motion to dismiss Plaintiff's First Amended Complaint;

4     WHEREAS, Defendants' Answer to the remaining claims of Plaintiff's First Amended Complaint is otherwise due on March 27, 2009;

6     WHEREAS, lead counsel for Defendants is scheduled to represent another client in a trial that begins on March 23, 2009 and is expected to continue until mid-April; and

8     WHEREAS, Defendants have requested a modest extension of time in which to file their Answer;

10     WHEREAS, the parties hereby stipulate to extend the time for Defendants to Answer Plaintiff's First Amended Complaint to April 13, 2009;

12     WHEREAS, the parties agree that this modest extension shall not prejudice either party or affect any dates currently on the Court's calendar; and

14     WHEREAS, the parties respectfully request that the Court extend the time for Defendants to Answer Plaintiff's First Amended Complaint;

16     IT IS THEREFORE ORDERED THAT the Defendants shall have until April 13, 2009 to file their Answer to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:   03/24/09

_____
Hon. Thelton E. Henderson
United States District Court

STIPULATION TO EXTEND TIME TO FILE ANSWER
C 08-04418 TEH

| | |
|---|---|
| 1 |     Respectfully submitted and so stipulated, |
| 2 | Dated: March 23, 2009          WILSON SONSINI GOODRICH & ROSATI |

          Respectfully submitted and so stipulated,

Dated: March 23, 2009

    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
    Brian G. Mendonca

One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants
FOCUS INFOMATICS, INC. AND
eSCRIPTION, INC.

Dated: March 23, 2009

MENNEMEIER, GLASSMAN & STROUD, LLP

By: _____/s/_____
    Kenneth C. Mennemeier
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 5533-4011
E-mail: kcm@mgslaw.com

Attorneys for Plaintiff TRANSCRIPTION
COMMUNICATIONS CORPORATION

I, Brian G. Mendonca, am the ECF User whose ID and password are being used to file this stipulation and proposed order. In compliance with General Order 45, X.B., I hereby attest, through my signature above, that Kenneth C. Mennemeier concurred in this filing.