1  HANSON BRIDGETT LLP
   JAMES D. HOLDEN - 42872
2  jholden@hansonbridgett.com
   BATYA F. SWENSON - 192396
3  bswenson@hansonbridgett.com
   ADAM W. HOFMANN - 238476
4  ahofmann@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA  94105
   Telephone:   (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Defendant
   JOHN MUIR HEALTH
8

9                UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 | TRANSCRIPTION                    | No. 08-cv-04418-TEH
   | COMMUNICATIONS CORPORATION,      |
14 |                                  | [PROPOSED] JUDGMENT ON ORDER
   |        Plaintiff,                | GRANTING DEFENDANT JOHN MUIR
15 |                                  | HEALTH'S MOTION TO DISMISS FOR
   |   v.                             | FAILURE TO STATE A CLAIM
16 |                                  |
   | JOHN MUIR HEALTH, et al.,        | Action Filed:    July 7, 2008
17 |                                  | Removal Filed:   September 22, 2008
   |        Defendants.               | Trial Date:      TBD
18

19    Based upon this Court's March 13, 2009 "Order on Defendants' Motions to

20 Dismiss," granting defendant John Muir Health's ("John Muir") "Motion to Dismiss for

21 Failure to State a Claim" with prejudice:

22    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff

23 Transcription Communications Corporation ("Plaintiff") take nothing from John Muir, that

24 Plaintiff's claims against John Muir are DISMISSED WITH PREJUDICE.

25    **IT IS SO ORDERED,**

26    DATED:  03/27/09                    By: _____
                                              THE HON. THELTON
27                                            United States District Judge
                                              Judge Thelton E. Henderson
28

                              - 1 -

[PROPOSED] JUDGMENT - 08-CV-04418-TEH                                    1867593.1