JAMES A. DiBOISE, State Bar No. 83296
jdiboise@wsgr.com
DAVID J. BERGER, State Bar No. 147645
dberger@wsgr.com
BRIAN G. MENDONCA, State Bar No. 209728
bmendonca@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants
FOCUS INFOMATICS, INC., and
eSCRIPTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSCRIPTION COMMUNICATIONS CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FOCUS ENTERPRISES LIMITED, dba FOCUS INFOMATICS, INC., a Delaware corporation; eSCRIPTION, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: C 08-04418 TEH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS FOCUS INFOMATICS, INC. AND eSCRIPTION, INC. TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Before: Hon. Thelton E. Henderson |

1  WHEREAS, Defendants' Answer to the remaining claims of Plaintiff's First Amended
2  Complaint were initially due on March 27, 2009;
3  WHEREAS, Defendants requested and received a modest extension of time in which to
4  file their Answer so that it was due on April 13, 2009;
5  WHEREAS, Defendants require a further short extension of time to file their Answer in
6  light of the unavailability of lead counsel due to an ongoing trial;
7  WHEREAS, the parties hereby stipulate to extend the time for Defendants to Answer
8  Plaintiff's First Amended Complaint to April 17, 2009;
9  WHEREAS, the parties agree that this modest extension shall not prejudice either party
10 or affect any dates currently on the Court's calendar; and
11 WHEREAS, the parties respectfully request that the Court extend the time for Defendants
12 to Answer Plaintiff's First Amended Complaint;
13 IT IS THEREFORE ORDERED THAT the Defendants shall have until April 17, 2009 to
14 file their Answer to Plaintiff's First Amended Complaint.

17 IT IS SO ORDERED.

19 Dated: 04/13/09

Hon. Thelton E. Henderson
United States District Court



Respectfully submitted and so stipulated,

Dated: April 10, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
       Brian G. Mendonca

One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants
FOCUS INFOMATICS, INC. AND
eSCRIPTION, INC.

Dated: April 10, 2009

MENNEMEIER, GLASSMAN & STROUD, LLP

By: _____/s/_____
       Landon Bailey
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 5533-4011
E-mail: kcm@mgslaw.com

Attorneys for Plaintiff TRANSCRIPTION
COMMUNICATIONS CORPORATION

I, Brian G. Mendonca, am the ECF User whose ID and password are being used to file this stipulation and proposed order. In compliance with General Order 45, X.B., I hereby attest, through my signature above, that Landon Bailey concurred in this filing.