~~Chamber's Copy~~

1  MENNEMEIER, GLASSMAN & STROUD LLP
   KENNETH C. MENNEMEIER (SBN 113973)
2  LANDON D. BAILEY (SBN 240236)
   980 9th Street, Suite 1700
3  Sacramento, CA 95814-2736
   Telephone: 916-553-4000
4  Facsimile: 916-553-4011

5  Attorneys for Plaintiff
   Transcription Communications Corporation
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  TRANSCRIPTION COMMUNICATIONS    )   Case No. 08-CV-04418 TEH
    CORPORATION, a California corporation, )
13                                   )   PLAINTIFF TRANSCRIPTION
              Plaintiff,             )   COMMUNICATIONS CORPORATION'S
14                                   )   REQUEST TO APPEAR BY
       v.                            )   TELEPHONE AT CASE MANAGEMENT
15                                   )   CONFERENCE; [PROPOSED] ORDER
    JOHN MUIR HEALTH, dba JOHN MUIR  )   THEREON
16  MEDICAL CENTER and MOUNT         )
    DIABLO MEDICAL CENTER, a California ) Date:     May 4, 2009
17  corporation; FOCUS ENTERPRISES   )   Time:      1:30 p.m.
    LIMITED, dba FOCUS INFOMATICS,   )
18  INC., a Delaware corporation;    )   Courtroom: 12
    eSCRIPTION, INC., a Delaware     )   Judge:     Hon Thelton E. Henderson
19  corporation; NUANCE              )
    COMMUNICATIONS, INC., a Delaware )
20  corporation; and DOES 1-10, inclusive, )
                                     )
21            Defendants.            )

22       Pursuant to Civil Local Rule 16-10(a), Kenneth C. Mennemeier, counsel for

23  plaintiff Transcription Communications Corporation ("TCC"), hereby requests that the Court

24  permit TCC to appear telephonically at the Case Management Conference set for May 4, 2009, in

25  San Francisco, California.

26  ///

27  ///

28  ///

471.01.PLE.Request for Telephonic Appearance.CMC.wpd
PLAINTIFF TRANSCRIPTION COMMUNICATIONS CORPORATION'S REQUEST TO APPEAR BY
TELEPHONE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON

1  Dated: April 27, 2009

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
LANDON D. BAILEY

_/s/ Kenneth C. Mennemeier_
Kenneth C. Mennemeier
Attorneys for Plaintiff
Transcription Communications Corporation

**ORDER**

IT IS SO ORDERED.

Dated: April 28, 2009

_/s/_
THELTON E. HENDERSON,
UNITED STATES DISTRICT COURT JUDGE

471.01.PLE.Request for Telephonic Appearance.CMC.wpd

PLAINTIFF TRANSCRIPTION COMMUNICATIONS CORPORATION'S REQUEST TO APPEAR BY
TELEPHONE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON