~~Chamber's Copy~~

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011

Attorneys for Plaintiff
Transcription Communications Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSCRIPTION COMMUNICATIONS CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MUIR HEALTH, dba JOHN MUIR MEDICAL CENTER and MOUNT DIABLO MEDICAL CENTER, a California corporation; FOCUS ENTERPRISES LIMITED, dba FOCUS INFOMATICS, INC., a Delaware corporation; eSCRIPTION, INC., a Delaware corporation; NUANCE COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 08-CV-04418 TEH<br><br>**PLAINTIFF TRANSCRIPTION COMMUNICATIONS CORPORATION'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:      May 4, 2009<br>Time:     1:30 p.m.<br><br>Courtroom: 12<br>Judge:       Hon Thelton E. Henderson |

Pursuant to Civil Local Rule 16-10(a), Kenneth C. Mennemeier, counsel for plaintiff Transcription Communications Corporation ("TCC"), hereby requests that the Court permit TCC to appear telephonically at the Case Management Conference set for May 4, 2009, in San Francisco, California.

/ / /

/ / /

/ / /

471.01.PLE.Request for Telephonic Appearance.CMC.wpd
PLAINTIFF TRANSCRIPTION COMMUNICATIONS CORPORATION'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON

1 | Dated: April 27, 2009

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
LANDON D. BAILEY

_/s/ Kenneth C. Mennemeier_
Kenneth C. Mennemeier
Attorneys for Plaintiff
Transcription Communications Corporation

**ORDER**

IT IS SO ORDERED.

Dated: April 28, 2009

_/s/_
THELTON E. HENDERSON,
UNITED STATES DISTRICT COURT JUDGE

471.01.PLE.Request for Telephonic Appearance.CMC.wpd

PLAINTIFF TRANSCRIPTION COMMUNICATIONS CORPORATION'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON