1   HANSON BRIDGETT LLP
    JAMES D. HOLDEN - 42872
2   jholden@hansonbridgett.com
    BATYA F. SWENSON - 192396
3   bswenson@hansonbridgett.com
    ADAM W. HOFMANN - 238476
4   ahofmann@hansonbridgett.com
    425 Market Street, 26th Floor
5   San Francisco, CA  94105
    Telephone:   (415) 777-3200
6   Facsimile:   (415) 541-9366

7   Attorneys for Defendant
    JOHN MUIR HEALTH
8

9                    **UNITED STATES DISTRICT COURT**

10             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                     **SAN FRANCISCO DIVISION**

12

13  TRANSCRIPTION                          No. 08-cv-04418-TEH
    COMMUNICATIONS CORPORATION,
14                                         **STIPULATION AND [PROPOSED]**
                Plaintiff,                 **ORDER AWARDING ATTORNEYS'**
15                                         **FEES AND RELATED LIEN TO JOHN MUIR**
        v.                                 **HEALTH**
16
    JOHN MUIR HEALTH, et al.,              Judge:        Hon. Thelton Henderson
17                                         Courtroom:    12
                Defendants.
18                                         Action Filed:        July 7, 2008
                                           Removal Filed:       September 22, 2008
19                                         Judgment Entered:    March 27, 2009

20

21       **WHEREAS**, plaintiff Transcription Communications Corporation ("TCC") sued

22  defendant John Muir Health ("John Muir") alleging breach of certain contracts (the

23  "Services Agreements");

24       **WHEREAS**, John Muir moved to dismiss TCC's claims against it, and the Court

25  granted John Muir's motion on March 16, 2009, and denied TCC leave to amend, and

26  judgment was entered against TCC and in John Muir's favor on March 27, 2009;

27       **WHEREAS**, John Muir has moved to recover its attorneys' fees and costs

28

STIPULATION AND PROPOSED ORDER AWARDING FEES AND LIEN TO JOHN
MUIR - 08-CV-04418-TEH                                              1896621.1

1    pursuant to Federal Rule of Civil Procedure 54, California Civil Code section 1717, and

2    the relevant provisions of the Services Agreements;

3         **WHEREAS**, John Muir and TCC have entered into an agreement resolving John

4    Muir's claims for attorneys' fees and costs and TCC's right to appeal the judgment in

5    John Muir's favor (the "Settlement Agreement");

6         **THEREFORE**, John Muir and TCC hereby stipulate and respectfully request that

7    the Court order as follows:

8         1.     John Muir hereby withdraws its motion for attorneys' fees and costs,

9    currently scheduled for hearing on May 18, 2009;

10        2.     John Muir is entitled to recover $15,000.00 in attorneys' fees, subject to the

11   terms of the Settlement Agreement;

12        3.     The Court will retain jurisdiction over John Muir and TCC for the purpose of

13   enforcing the Settlement Agreement in the unlikely event that a dispute arises between

14   John Muir and TCC relating thereto;

15        4.     John Muir shall have a lien in its favor against any moneys recoverable

16   pursuant to the Settlement Agreement, up to a total of $15,000.00, recovered by TCC,

17   whether by judgment, settlement, or otherwise, from John Muir's co-defendants or any

18   other individual or entity in the above-captioned matter or in any subsequent matter

19   involving the facts or claims alleged by TCC herein; and

20        5.     The March 27, 2009 Judgment in John Muir's favor should be amended to

21   reflect the award of fees and related lien in its favor requested herein.

22   ///

23   ///

24   ///

25

26

27

28

- 2 -

1    Respectfully submitted and so stipulated,

2    Dated:  April 27, 2009                    MENNEMEIER, GLASSMAN & STROUD, LLP

3                                              By: _____ /s/ _____
                                                  Landon D. Bailey
4                                                 980 9th Street, Suite 1700
                                                  Sacramento, CA  95814
5                                                 Telephone:  (916) 553-4000
                                                  Facsimile:  (916) 5533-4011
6                                                 E-mail:  lbailey@mgslaw.com
                                                  Attorneys for Plaintiff TRANSCRIPTION
7                                                 COMMUNICATIONS CORPORATION

8

9    Dated:  April 27, 2009                    HANSON BRIDGETT LLP

10                                             By: _____ /s/ _____
                                                  Adam W. Hofmann
11                                                425 Market Street, 26th Floor
                                                  San Francisco, CA  94105
12                                                Telephone:  (415) 777-3200
                                                  Facsimile:  (415) 995-3479
13                                                E-mail:  ahofmann@hansonbridgett.com
                                                  Attorneys for Defendant JOHN MUIR
14                                                HEALTH

15          I, Adam W. Hofmann, am the ECF User whose ID and password are being used
     to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B.,
16   I hereby attest, through my signature above, that Landon D, Bailey concurred in this
     filing.
17

18

19

20

21

22

23

24

25

26

27

28
                                          - 3 -
     STIPULATION AND PROPOSED ORDER AWARDING FEES AND LIEN TO JOHN
     MUIR - 08-CV-04418-TEH                                                    1896621.1

1    Based on the stipulation of the parties and good cause appearing therefore, **IT IS**
2    **HEREBY ORDERED** that:

3    1.    John Muir's motion for attorneys' fees and costs, currently scheduled for
4    hearing on May 18, 2009, is taken off calendar;

5    2.    John Muir is awarded $15,000.00 in attorneys' fees, subject to the terms of
6    the Settlement Agreement;

7    3.    The Court will retain jurisdiction over John Muir and TCC for the purpose of
8    enforcing the Settlement Agreement in the event that a dispute arises between John
9    Muir and TCC relating thereto;

10    4.    John Muir is granted a lien in its favor against any moneys recoverable
11    pursuant to the settlement agreement, up to a total of $15,000.00, recovered by TCC,
12    whether by judgment, settlement, or otherwise, from John Muir's co-defendants or any
13    other individual or entity in the above-captioned matter or in any subsequent matter
14    involving the facts or claims alleged by TCC herein; and

15    5.    The March 27, 2009 Judgment in John Muir's favor shall be amended to
16    reflect the award of fees and related lien in its favor ordered herein.

19    IT IS SO ORDERED.
20    Dated:  4/28/09

Hon. Thelton E. Henderson
United States District Court

- 4 -
STIPULATION AND PROPOSED ORDER AWARDING FEES AND LIEN TO JOHN
MUIR - 08-CV-04418-TEH                                                    1896621.1