| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | JAMES D. HOLDEN - 42872 |
| 2 | jholden@hansonbridgett.com |
| | BATYA F. SWENSON - 192396 |
| 3 | bswenson@hansonbridgett.com |
| | ADAM W. HOFMANN - 238476 |
| 4 | ahofmann@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA  94105 |
| | Telephone:   (415) 777-3200 |
| 6 | Facsimile:    (415) 541-9366 |

Attorneys for Defendant
JOHN MUIR HEALTH

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSCRIPTION COMMUNICATIONS CORPORATION, | No. 08-cv-04418-TEH |
| Plaintiff, | [~~PROPOSED~~] **AMENDED JUDGMENT ON ORDERS GRANTING DEFENDANT JOHN MUIR HEALTH'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND AWARDING ATTORNEYS' FEES AND RELATED LIEN TO JOHN MUIR HEALTH** |
| v. | |
| JOHN MUIR HEALTH, et al., | |
| Defendants. | Action Filed:    July 7, 2008 |
| | Removal Filed: September 22, 2008 |
| | Trial Date:       TBD |

Based upon this Court's March 13, 2009 "Order on Defendants' Motions to Dismiss," granting defendant John Muir Health's ("John Muir") "Motion to Dismiss for Failure to State a Claim" with prejudice, and upon this Court's April 28, 2009 Order Awarding Attorneys' Fees and Related Lien to John Muir Health, granted on the basis of a stipulation between John Muir and plaintiff Transcription Communications Corporation ("Plaintiff"), the Court hereby amends its March 27, 2009 Judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiff take nothing from John Muir, and that Plaintiff's claims against

1  John Muir are DISMISSED WITH PREJUDICE;

2      2.    John Muir is awarded $15,000.00 in attorneys' fees, subject to the terms of
3  the related "Settlement Agreement" between Plaintiff and John Muir;

4      3.    John Muir is granted a lien in its favor against any moneys recoverable
5  pursuant to the terms of the aforementioned Settlement Agreement, up to a total of
6  $15,000.00, recovered by TCC, whether by judgment, settlement, or otherwise, from
7  John Muir's co-defendants or any other individual or entity in the above-captioned matter
8  or in any subsequent matter involving the facts or claims alleged by TCC herein.

10  **IT IS SO ORDERED,**

11  DATED: _____05/15/09_____    By: _____
12                                                          THE HON. THELTON HENDERSON
                                                        United States District Judge



[PROPOSED] AMENDED JUDGMENT - 08-CV-04418-TEH    1902613.1