JAMES A. DiBOISE, State Bar No. 83296
jdiboise@wsgr.com
DAVID J. BERGER, State Bar No. 147645
dberger@wsgr.com
BRIAN G. MENDONCA, State Bar No. 209728
bmendonca@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile:  (415) 947-2099

Attorneys for Defendants
FOCUS INFOMATICS, INC.,
NUANCE COMMUNICATIONS, INC. and
eSCRIPTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSCRIPTION COMMUNICATIONS CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MUIR HEALTH, dba JOHN MUIR MEDICAL CENTER and MOUNT DIABLO MEDICAL CENTER, a California corporation; FOCUS ENTERPRISES LIMITED, dba FOCUS INFOMATICS, INC., a Delaware corporation; eSCRIPTION, a Delaware corporation; NUANCE COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: C 08-04418 TEH<br><br>**STIPULATION TO RE-SCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Before: Hon. Thelton E. Henderson |

STIPULATION TO RE-SCHEDULE CMC C 08-04418 TEH

1   WHEREAS, this Court ordered that a Case Management Conference in the above-entitled action take place on November 2, 2009;

WHEREAS, the parties are involved in settlement negotiations which they hope will resolve this matter;

WHEREAS, the parties hereby stipulate to reschedule the Case Management Conference in the above-entitled action to January 25, 2010;

WHEREAS, the parties hope that this action will be resolved prior to January 25, 2010;

WHEREAS, the parties agree that they will file a revised Joint Case Management Statement on January 19, 2010; and

WHEREAS, the parties respectfully request that the Court re-schedule the Case Management Conference;

IT IS THEREFORE ORDERED THAT the Initial Case Management Conference in the above-entitled matter is hereby re-scheduled for ~~January 25, 2010~~ **February 8, 2010** at 1:30 p.m.

IT IS SO ORDERED.

Dated:   10/27/09

_____
Hon. Thelton E. Henderson
United States District Court

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

|   |   |   |
|---|---|---|
| 1 | Respectfully submitted and so stipulated, | |
| 2 | Dated: October 23, 2009 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 3 | | |
| 4 | | By: _____/s/_____<br>Brian G. Mendonca |
| 5 | | One Market Street<br>Spear Tower, Suite 3300 |
| 6 | | San Francisco, CA 94105<br>Telephone: (415) 947-2000 |
| 7 | | Facsimile: (415) 947-2099 |
| 8 | | Attorneys for Defendants<br>NUANCE COMMUNICATIONS, INC., |
| 9 | | FOCUS INFOMATICS, INC. AND<br>eSCRIPTION, INC. |
| 11 | Dated: October 23, 2009 | MENNEMEIER, GLASSMAN & STROUD, LLP |
| 12 | | By: _____/s/_____<br>Landon D. Bailey |
| 13 | | 980 9th Street, Suite 1700 |
| 14 | | Sacramento, CA 95814<br>Telephone: (916) 553-4000 |
| 15 | | Facsimile: (916) 5533-4011<br>E-mail: lbailey@mgslaw.com |
| 16 | | Attorneys for Plaintiff TRANSCRIPTION |
| 17 | | COMMUNICATIONS CORPORATION |

I, Brian G. Mendonca, am the ECF User whose ID and password are being used to file this joint Case Management Statement. In compliance with General Order 45, X.B., I hereby attest, through my signature above, that Landon D. Bailey concurred in this filing.