MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011
Email: kcm@mgslaw.com

Attorneys for Plaintiff
Transcription Communications Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSCRIPTION COMMUNICATIONS CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MUIR HEALTH, dba JOHN MUIR MEDICAL CENTER and MOUNT DIABLO MEDICAL CENTER, a California corporation; FOCUS ENTERPRISES LIMITED, dba FOCUS INFOMATICS, INC., a Delaware corporation; eSCRIPTION, INC., a Delaware corporation; NUANCE COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 08-CV-04418 TEH<br><br>**STIPULATION OF DISMISSAL**<br><br>**[Fed. R. Civ. P. § 41(a)(ii)]**<br><br>Complaint Filed: July 7, 2008<br>Removal Filed: September 22, 2008<br><br>Judge: Hon Thelton E. Henderson<br>Courtroom: 12 |

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, and acting by and through their counsel of record, plaintiff Transcription Communications Corporation and defendants Nuance Communications, Inc., Focus Infomatics, Inc., and eScription, Inc. hereby stipulate as follows:

    1.    Having reached a settlement of this matter, the parties stipulate to the dismissal of this action, in its entirety and with prejudice;

    2.    Each party will bear its own costs and fees in connection with this matter; and

3. The Court shall retain jurisdiction over the action and the parties to this Stipulation for the purpose of enforcing, and to the extent necessary to enforce, the parties' written settlement agreement.

Dated: November 13, 2009

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
LANDON D. BAILEY

By: /s/ Kenneth C. Mennemeier
Kenneth C. Mennemeier, Attorneys for Plaintiff Transcription Communications Corporation

Dated: November 26, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David J. Berger
David J. Berger, Attorneys for Defendants Focus Infomatics, Inc., eScription, Inc. and Nuance Communications, Inc.

**ORDER**

Pursuant to the parties' stipulation, it is so ordered.

Dated: ~~November~~ December 7, 2009

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

[Seal: Judge Thelton E. Henderson — United States District Court, Northern District of California]